IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Victor Manuel Reza-Ramos,<br><br>    Defendant(s). | NO. CR 06-1142-TUC-FRZ (GEE)<br><br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion for Reconsideration of Order Quashing Defendant's Subpoena Issued and Served Upon Joseph Delgado, Chief of Police, Tohono O'Odham Police Department [32].

On June 4, 2008, Magistrate Judge Glenda E. Edmonds conducted a hearing and on June 10, 2008 issued her Report and Recommendation [44]. A copy was sent to all parties. An Objection to the Report and Recommendation was filed by the Defendant [45], and a Response was filed by the Government [50] to Defendant's Objection.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Defendant's Objection to Magistrate Judge Edmond's Report and Recommendation is overruled.

IT IS FURTHER ORDERED that Magistrate Judge Edmond's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS FURTHER ORDERED that the Defendant's Motion for Reconsideration of Order Quashing Defendant's Subpoena Issued and Served Upon Joseph Delgado, Chief of Police, Tohono O'Odham Police Department [32] is DENIED.

DATED this 2nd day of July, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge