# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | NO. CR 06-1142-TUC-FRZ (GEE) |
| vs. | ) | ORDER |
| Victor Manuel Reza-Ramos, | ) | |
| Defendant(s). | ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Statement [51], Motion for Henthorn material [66] and Motion for Bill of Particulars [54].

On September 19, 2008, Magistrate Judge Glenda E. Edmonds conducted a hearing and on November 24, 2008 issued her Report and Recommendation [92]. A copy was sent to all parties. On December 4, 2008, Defendant filed his Objections to Report and Recommendation [94]. On December 19, 2008, Plaintiff filed its Response to Objection [95].

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Statement is DENIED.

IT IS ORDERED that the Motion for Henthorn Material is DENIED.

IT IS FURTHER ORDERED that the Motion for Bill of Particulars is DENIED as moot based on the Government's acknowledgment in its pleadings that it is not relying on a felony-murder theory. Denial is without prejudice.

DATED this 15th day of January, 2009.

_____
FRANK R. ZAPATA
United States District Judge